IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

------------------------------------------------ :
UNITED STATES OF AMERICA,          : CASE NO. 5:03 CR 0059-008
                                   :
                         Plaintiff :
                                   :
          -vs-                     : ORDER ADOPTING REPORT AND
                                   : RECOMMENDATION
KENNETH JOHNSON                    :
                                   :
                        Defendant  :
------------------------------------------------ :

UNITED STATES DISTRICT JUDGE LESLEY WELLS

This matter was referred to United States Magistrate Judge Kenneth S. McHargh for a supervised release violation hearing for the purpose of returning a Report and Recommendation (R&R), pursuant to 28 U.S.C. § 636(b)(1)(B). Following a hearing in which Mr. Johnson was represented by counsel, Magistrate Judge McHargh returned a recommendation that the defendant knowingly and voluntarily admitted the supervised release violations presented in the violations report.

Further, Magistrate Judge McHargh recommended Mr. Johnson's supervised release be modified to include the defendant's participation in an approved program for substance abuse treatment that would require no fewer than 30 days of inpatient drug

treatment in a treatment facility selected by Probation.

The defendant's Counsel has notified the Court that Mr. Johnson has no objection to Magistrate Judge McHargh's R&R. Accordingly, this Court shall, hereby, adopt the Report and Recommendation modifying Mr. Johnson's conditions of release. All other conditions remain in effect.


IT IS SO ORDERED.

    /s/Lesley Wells
UNITED STATES DISTRICT JUDGE

Date: 7 June 2010